COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| Ridge Natural Resources, LLC, Calvin Smajstrla, Christopher Hawa and Wilson Hawa, | § | No. 08-17-00227-CV |
| | § | Appeal from the |
| Appellants, | § | 109th District Court |
| v. | § | of Winkler County, Texas |
| Double Eagle Royalty, LP, | § | (TC# DC17-17111) |
| Appellee. | § | |

# O R D E R

Pending before the Court is Appellants' motion to enforce the stay order entered by the Court on December 18, 2017. The motion is GRANTED in part. The trial court is directed to stay all proceedings in cause number DC17-17111, styled *Ridge Natural Resources, LLC, Calvin Smajstrla, Christopher Hawa and Wilson Hawa v. Double Eagle Royalty, LP,* pending resolution of this appeal or further order of this Court. This stay order includes the hearing scheduled by the trial court for April 18, 2018. Any party seeking to take any action in the trial court related to this case is required to first obtain leave of this Court to do so. Appellants' request for sanctions is DENIED.

IT IS SO ORDERED this 16th day of April, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.